UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| WILLIE J. MAYES, | ) | |
| | ) | |
| Petitioner, | ) | CASE NO.  C13-1452-MJP |
| | ) | |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR |
| MIKE OBENLAND, | ) | WRIT OF HABEAS CORPUS |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition for writ of habeas corpus (Dkt. No. 7) and this action are dismissed, with prejudice, pursuant to 28 U.S.C. § 2244(d);

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED; and

/ / /

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

(4)  The Clerk shall send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this _17th_ day of __December_, 2013.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2